KENNETH W. DRAKE, ESQ.
KENNETH W. DRAKE & ASSOCIATES, INC.
21241 Ventura Blvd, Ste 288
Woodlawn Hills, CA
T: (818) 545-4181
F: (888) 545-4139
Email: kwd@kennethdrakelaw.com
California Bar No.: 81850

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Western Division - Los Angeles)

| | |
|---|---|
| GRETTA VERRETT-BRILEY,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br>Defendant. | Case No.: 2:17-cv-2196-SS<br><br>**ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOURTEEN THOUSAND DOLLARS AND 00/CENTS ($14,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel with the check made out to directly and in the name of Kenneth W. Drake.

Dated: 4/09/18 /S/
HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE